IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-MC-00116-GCM

| | |
|---|---|
| NATIONWIDE JUDGMENT RECOVERY, INC., <br><br> **Plaintiff,** <br><br> v. <br><br> SHENG FENG SONG, <br><br> **Defendant.** | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* ("Motion") concerning Jeffrey M. Parrella (ECF No. 25).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fees, the Court hereby **GRANTS** the Motion.

In accordance with Local Rule 83.1(b), Mr. Parrella is admitted to appear before this court *pro hac vice* on behalf of Plaintiff Nationwide Judgment Recovery, Inc.

**SO ORDERED**.

Signed: July 19, 2022

Graham C. Mullen
United States District Judge